# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

JERALD POWELL,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner, Social Security
Administration,

    Defendant.

Case No. 12-CV-48–CVE-FHM

## OPINION AND ORDER

On July 16, 2012, the court entered an order permitting the withdrawal of Plaintiff's counsel and directing Plaintiff to either: 1) cause new counsel to enter an appearance; or 2) file a notice that Plaintiff is representing himself in this action. [Dkt. 13]. On July 25, 2012, Plaintiff filed what he entitled "Motion for Extension of Time." [Dkt. 14]. The entire text of that motion follows:

> Changing attorney from Donald Deweberry [sic] to an undecided attorney as of now.

[Dkt. 14].

Plaintiff's filing does not strictly comply with the July 16, 2012 order in that it neither states that Plaintiff is representing himself, nor constitutes an entry of appearance. The court interprets Plaintiff's motion as a request for more time to obtain representation by counsel and, by extension, more time in which to effect service.

Plaintiff's motion is GRANTED, as follows:

    – On or before Monday, August 13, 2012, Plaintiff must either:

        1) have obtained the services of an attorney and cause that attorney to enter an appearance in this case;
    or

2) file a notice specifically stating that Plaintiff is representing himself in this case. Should Plaintiff elect to represent himself, Plaintiff is hereby advised that he will be expected to comply with all future deadlines in this case.

– On or before Thursday, August 30, 2012, a return of service must be filed reflecting service on the Defendant in accordance with the Federal Rules of Civil Procedure.

No further extensions of time will be granted, absent a showing of good cause.

Failure to comply with the foregoing deadlines will result in a recommendation that the case be dismissed under Federal Rule of Civil Procedure 4(m) for failure to timely effect service.

SO ORDERED this 30th day of July, 2012.

*/s/ Frank H. McCarthy*
_____
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE